IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RESIDENTIAL INVESTMENTS LLC,

        Plaintiff,                          No. CIV S-11-2633 JAM DAD PS

    vs.

ANTONIO ARANDA, et al.,          ORDER

        Defendants.

_____/

        Defendants Antonio Aranda, Imelda Aranda and Heriberto Ponce filed a Notice of Removal on October 6, 2011, and are proceeding pro se in the above-entitled unlawful detainer action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On October 7, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

file, the court finds the magistrate judge's findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 7, 2011 (Doc. No. 3) are adopted in full;

2. This action is summarily remanded to the Superior Court of California, County of Yolo; and

3. The Clerk of the Court shall close this case.

DATED:   November 10, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE